UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TIMOTHY W. HANRAHAN, JR.,

                Plaintiff,

        vs.                              No. 9:07-CV-610 (FJS/GJD)

DR. MENON, Herkimer County Mental Health; EDGAR SCUDDER, Director of Community Services, Herkimer County Mental Health; and HERKIMER COUNTY CORRECTIONAL FACILITY,

                Defendants.

---

APPEARANCES:                                          OF COUNSEL

TIMOTHY W. HANRAHAN, JR.,
*Plaintiff Pro Se*
08-A-1306
Buffalo Correctional Facility
P.O. Box 300
Alden, NY  14004


SMITH, SOVIK LAW FIRM                                 Kevin E. Hulslander, Esq.
For Defendant Dr. Menon
250 S. Clinton Street
Suite 600
Syracuse, NY  13202-1252

MURPHY, BURNS LAW FIRM                                Thomas K Murphy, Esq.
For Defendants Edgar Scudder and
Herkimer County Correctional Facility
226 Great Oaks Boulevard
Albany, NY 12203


**FREDERICK J. SCULLIN, JR., S.J.**

**ORDER**

Currently before the Court is Magistrate Judge Gustave J. DiBianco's Report-Recommendation filed September 29, 2009 to which the parties have filed no objections. Accordingly, the Court having reviewed that Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed September 29, 2009 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS** that the motion for summary judgment filed on behalf of defendants Edgar Scudder and the Herkimer County Correctional Facility is **DENIED without prejudice**.

**IT IS SO ORDERED.**

**Dated:**   October 27, 2009
            Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge